AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-9-06 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

### DECLARATION OF SERVER

[Label]
contained
Executed

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name): JWolfe
C. Date of Delivery: 1-9-06

1. Article Addressed to:

   Milliman USA, Inc.
   1301 5th Avenue, Suite 3800
   Seattle, WA 98101

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0005 9167 2741

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| DELTA REGIONAL MEDICAL CENTER; SOUTH SUNFLOWER COUNTY HOSPITAL; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL REINSURANCE CORPORATION, a Delaware corporation; JOHN WILLIAM "BILL" CREWS; KENNETH R. PATTERSON, MILLIMAN USA, INC., a Washington corporation; PRICE WATERHOUSE COOPERS LLP, a Delaware limited liability partnership; WACHOVIA BANK, NATIONAL ASSOCIATION (f/k/a FIRST UNION NATIONAL BANK), a Virginia corporation; BERKSHIRE HATHAWAY; CREWS & HANCOCK, P.L.C., a Virginia limited liability company, ATLANTIC SECURITY, LTD., a Bermuda corporation; CAROLYN B. HUDGINS; JUDITH A. KELLEY; THOMAS M. REINDEL; VICTORIA J. SEEGER; CHRISTOPHER MIGEL; THOMAS N. KELLOGG; ROBERT L. SANDERS; GARY STEPHANI; RICHARD W. E. "DICKY" BLAND; GORDON D. MCLEAN; RICHARD WITKOWSKI,<br><br>Defendants. | CASE NO.<br><br>4:05CV282-M-B<br><br>JURY DEMAND |

TO: Milliman USA, Inc.
1301 5th Avenue, Suite 3800
Seattle, WA 98101

**YOU ARE HEREBY SUMMONED** and required to served upon PLAINTIFFS' ATTORNEYS:

> Robert G. Methvin, Jr.
> James M. Terrell
> James M. Stephens
> McCallum, Methvin & Terrell, P.C.
> 2201 Arlington Avenue South
> Birmingham, AL 35205

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**ARLEN B. COYLE, CLERK**         _1-3-06_
CLERK                             DATE

_Dean Adams_
(By) DEPUTY CLERK

2